Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–20036–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary A. Laplante
11 William Penn Ave
Pennsville, NJ 08070

Kay Anne Laplante
fka Kay A. Wanamaker, fka Kay Anne Sauer
11 William Penn Ave
Pennsville, NJ 08070

Social Security No.:
 xxx–xx–7774                                     xxx–xx–8493

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           October 18, 2022
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*71* – Certification in Opposition to (related document:68 Creditor's Certification of Default (related document:24 Order on Motion For Relief From Stay) filed by Andrew M. Lubin on behalf of Lakeview Loan Servicing, LLC. Objection deadline is 09/26/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Lakeview Loan Servicing, LLC) filed by Kenneth W. Miller Jr on behalf of Gary A. Laplante, Kay Anne Laplante. (Attachments: # 1 Certificate of Service Regarding debtor's opposition) (Miller, Kenneth)

and transact such other business as may properly come before the meeting.


Dated: September 26, 2022
JAN: eag

Jeanne Naughton
Clerk