| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br><br>By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)<br><br>216 Haddon Avenue, Suite 201<br><br>Westmont, NJ 08108<br><br>856-858-7080<br><br>Attorneys for Secured Creditor: Lakeview Loan Servicing, LLC | |
| In Re:<br><br>Gary A. Laplante and Kay Anne Laplante,<br><br>        Debtors | Case No.: 18-20036-ABA<br><br>Chapter: 13<br><br>Hearing Date: October 18, 2022<br><br>Judge: Andrew B. Altenburg, Jr. |

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, Andrew M. Lubin, Esq.,

   ☒ am the attorney for Secured Creditor: Lakeview Loan Servicing, LLC

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Creditor's Certification of Default (Docket #64)

   Current hearing date and time: October 18, 2022 at 10:00 a.m.

   New date requested: November 1, 2022_ at _10:00 a.m.

   Reason for adjournment request: The parties have not yet resolved the matter and need additional time.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   I certify under penalty of perjury that the foregoing is true.

   Date: October 14, 2022            /s/ Andrew M. Lubin, Esq.
                                                                Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date:  __11/1/22 AT 10__           ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**