| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>**By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>**Attorneys for Secured Creditor: Lakeview Loan Servicing, LLC** | Order Filed on January 12, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Gary A. Laplante and Kay Anne Laplante<br><br>    Debtor | Case No.: 18-20036-ABA<br>Chapter: 13<br>Hearing Date: November 22, 2022<br>Time:  10:00 a.m.<br>Judge: Andrew B. Altenburg Jr. |

**ORDER RESOLVING CERTIFICATION OF DEFAULT**
**WITH CONDITIONS**

    The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: January 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

|  |  |
|---|---|
| Applicant: | Lakeview Loan Servicing, LLC |
| Applicant's Counsel: | Andrew M. Lubin, Esquire |
| Property Involved ("Collateral") | 11 William Penn Avenue, Pennsville, New Jersey 08070 |

Relief Sought:     ☒ Certification of Default (Order Resolving COD)

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 42 months, from June 1, 2019 to November 1, 2022 for a total of $67,941.96.

   ☒ The Debtor is overdue for 1 payment from June 1, 2019 to June 1, 2019 at $1,535.51 per month for a total of $1,535.51; 12 payments from July 1, 2019 to June 1, 2020 at $1,594.58 for a total of $19,134.96; 11 payments from July 1, 2020 to May 1, 2021 at $1,711.66 for a total of $18,828.26; 13 payments from June 1, 2021 to June 1, 2022 at $1,653.26 for a total of $21,492.38; 5 payments from July 1, 2022 to November 1, 2022 at $1,390.17 for a total of $6,950.85.

   ☒ The Debtor is credited with a suspense balance of $0.00.

   Total Arrearages Due: $67,941.96.

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Payment of $67,941.96 or an approved loan modification by January 20, 2023.

   ☒ Beginning on December 1, 2022, regular monthly mortgage payment shall continue to be made in the amount of $1,739.33.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ☒ Payment on or before January 20, 2023:     ☒ RightPath Servicing
   Attn: Bankruptcy Dept
   PO Box 619094
   Dallas, TX 75261-9741

   ☒ Regular monthly payment:     ☒ Same as above

4. In the event of Default:

    ☒ If the Debtors fail to make a payment of $67, 941.96 or fails to be approved for a loan modification by January 20, 2023, then the Secured Creditor may obtain an automatic Order Vacating the Automatic Stay as to the Collateral by filing with the Bankruptcy Court a Certification specifying the Debtor's failure to comply with this Order, and it shall thereafter be the Debtor's burden to reinstate the stay. If the Debtor does not timely make the mortgage payments due December 1, 2022 and January 1, 2023, then the Secured Creditor may obtain an automatic Order Vacating the Automatic Stay as to the Collateral by filing a Certification specifying the Debtor's failure to comply with this Order, and it shall thereafter be the Debtor's burden to reinstate the stay  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtors' attorney.

5. In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect.  In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion.  Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6. Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorney fees of <u>$200.00</u>.

    The fees are payable:

    ☒ through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-20036-ABA |
| Gary A. Laplante | Chapter 13 |
| Kay Anne Laplante | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary A. Laplante, Kay Anne Laplante, 11 William Penn Ave, Pennsville, NJ 08070-1815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | |

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jennifer R. Gorchow | |
| | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kenneth W. Miller, Jr | |
| | on behalf of Debtor Gary A. Laplante kwmbky@helmerlegal.com |
| Kenneth W. Miller, Jr | |
| | on behalf of Joint Debtor Kay Anne Laplante kwmbky@helmerlegal.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert J. Malloy | |
| | on behalf of Creditor DIFCU ecf@robmalloylaw.com |
| Sindi Mncina | |
| | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 17