| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Gary A. LaPlante and Kay Anne LaPlante, Debtors | Case No.: 18-20036<br><br>Chapter: 13<br><br>Judge: ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, KayAnne LaPlante_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification

I certify under penalty of perjury that the above is true.

Date: June 8, 2023                              _____
                                                              Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev 8/1/18

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Gary A. LaPlante and Kay Anne LaPlante, Debtors | Case No.: 18-20036<br>Chapter: 13<br>Judge: ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, KayAnne LaPlante, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification

I certify under penalty of perjury that the above is true.

Date: June 8, 2023

_Kay A. LaPlante_
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev 8/1/18