| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gary A. Laplante<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7774<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kay Anne Laplante<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8493<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–20036–ABA | | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary A. Laplante                                Kay Anne Laplante
                                                fka Kay A. Wanamaker, fka Kay Anne Sauer

8/9/23                                          **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Gary A. Laplante  
Kay Anne Laplante  
    Debtors

Case No. 18-20036-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Aug 09, 2023      Form ID: 3180W      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary A. Laplante, Kay Anne Laplante, 11 William Penn Ave, Pennsville, NJ 08070-1815 |
| 517536217 | | Deepwater FCU, 565 N Broadway, Deepwater, NJ 08023 |
| 519585543 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517536221 | + | McCabe, Weisberg & Conway,LLC, 216 Haddon Avenue, Suite 201, Collingswood, NJ 08108-2818 |
| 517536225 | + | Take Charge America, 20620 N 19th Ave, Phoenix, AZ 85027-3541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: lhogan@deepwaterind.org | Aug 09 2023 20:31:00 | DIFCU, 565 North Broadway, PO Box 42, Deepwater, NJ 08023-0042 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 09 2023 20:29:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | EDI: WFFC.COM | Aug 10 2023 00:15:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 517536213 | + | EDI: GMACFS.COM | Aug 10 2023 00:15:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517551312 | | EDI: GMACFS.COM | Aug 10 2023 00:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517536214 | | EDI: CAPITALONE.COM | Aug 10 2023 00:15:00 | Capital One, 15000 Capital One Drive, Henrico, VA 23238 |
| 517536215 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 09 2023 20:29:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 517640418 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2023 20:45:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517536216 | + | EDI: WFNNB.COM | Aug 10 2023 00:15:00 | Comenity Bank/Peebles, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517536218 | + | EDI: CITICORP.COM | Aug 10 2023 00:15:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 517661856 | + | Email/Text: lhogan@deepwaterind.org | Aug 09 2023 20:31:00 | Deepwater Industries Federal Credit Union, P.O. Box 42, Deepwater, NJ 08023-0042 |
| 517638316 | | EDI: Q3G.COM | Aug 10 2023 00:15:00 | Department Stores National Bank, c/o Quantum3 |

Case 18-20036-ABA   Doc 93   Filed 08/11/23   Entered 08/12/23 00:16:21   Desc Imaged
                    Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 09, 2023 | Form ID: 3180W | Total Noticed: 39 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517536219 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2023 20:29:00 | Kohls/Cap One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 519984846 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519332063 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519332064 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 517664790 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 09 2023 20:30:00 | Lakeview Loan Servicing, LLC c/o LoanCare, LLC, 3637 Sentara Way,, Virginia Beach, VA 23452-4262 |
| 517536220 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 09 2023 20:30:00 | Loancare Servicing Ctr, 3637 Sentara way, Virginia Beach, VA 23452-4262 |
| 517640434 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2023 20:30:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517572281 | | EDI: AGFINANCE.COM | Aug 10 2023 00:15:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517536222 | + | EDI: AGFINANCE.COM | Aug 10 2023 00:15:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517995855 | | EDI: PRA.COM | Aug 10 2023 00:15:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517995856 | | EDI: PRA.COM | Aug 10 2023 00:15:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517662462 | | EDI: Q3G.COM | Aug 10 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519707389 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519707390 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 517536223 | + | EDI: CITICORP.COM | Aug 10 2023 00:15:00 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 517536224 | | EDI: RMSC.COM | Aug 10 2023 00:15:00 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |
| 517540658 | + | EDI: RMSC.COM | Aug 10 2023 00:15:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517643994 | + | EDI: AIS.COM | Aug 10 2023 00:15:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517536226 | | EDI: VERIZONCOMB.COM | Aug 10 2023 00:15:00 | Verizon Wireless, P.O. Box 920041, Dallas, TX 75392-0041 |
| 517536227 | + | EDI: WFFC2 | Aug 10 2023 00:15:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 34

Case 18-20036-ABA    Doc 93    Filed 08/11/23    Entered 08/12/23 00:16:21    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: 3180W | Total Noticed: 39 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Lakeview Loan Servicing LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kenneth W. Miller, Jr | on behalf of Joint Debtor Kay Anne Laplante kwmbky@helmerlegal.com |
| Kenneth W. Miller, Jr | on behalf of Debtor Gary A. Laplante kwmbky@helmerlegal.com |
| Lauren Moyer | on behalf of Creditor Nationstar Mortgage LLC lmoyer@friedmanvartolo.com nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert J. Malloy | on behalf of Creditor DIFCU ecf@robmalloylaw.com |
| Sindi Mncina | |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Aug 09, 2023 | Form ID: 3180W | Total Noticed: 39

    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 18