Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20036−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary A. Laplante
11 William Penn Ave
Pennsville, NJ 08070

Kay Anne Laplante
fka Kay A. Wanamaker, fka Kay Anne Sauer
11 William Penn Ave
Pennsville, NJ 08070

Social Security No.:
   xxx−xx−7774                                  xxx−xx−8493

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 12, 2023

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court